# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3789
LT Case No. 16-2021-CF-9312-A

_____

REGINALD LAWRENCE PERRY,
JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Reginald Lawrence Perry, Jr., Live Oak, pro se.

James Uthmeier, Attorney General, and Michael Schaub,
Assistant Attorney General, Tallahassee, for Appellee.

April 16, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____